IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re DONTAE SATCHEL,                    No. C-13-0152 TEH (PR)

ORDER OF DISMISSAL

_____/

Plaintiff Dontae Satchel, an inmate at Holman Correctional Facility in Atmore, Alabama, commenced this action when he filed in this Court a letter addressed to the Office of Prosecution Services, Federal Bureau of Investigation, United States Court of Appeals, Eleventh Circuit.  Doc. #1.  The Court cannot act on unexplained documents, narratives, requests, or letters.  Consequently, on the same day the letter was filed, the Clerk notified Plaintiff, in writing, that he had not attached a complaint to his pleadings and that he must do so within thirty days from the filing date of the notice, or his case would be dismissed.  Doc. #2.  The Clerk also notified Plaintiff, in writing, that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis (IFP) application.  Doc. #3.  See 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file the IFP application within thirty (30) days from the filing date of the notice would result in the

dismissal of his action.  Doc. #3.

        The deadline to file the complaint and IFP application has passed, and Plaintiff has not filed them nor has he communicated with the Court in any manner.  This action, therefore, is DISMISSED WITHOUT PREJUDICE for failure to file a complaint or an IFP application.

        The Clerk shall terminate all pending motions as moot and close the file.

        IT IS SO ORDERED.

DATED    *02/26/2013*                              
                                              THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.13\Satchel 13-152 dis IFPwpd.wpd

**2**